Kristin Nealey Meier, WSBA #33562
Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101
(206) 464-4224
kmeier@ryanlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| TIFFANY HARRIS, DIANNE SULLIVAN, and VIRGINIA COLE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENIOR LIFE INSURANCE COMPANY,<br><br>Defendant. | **The Honorable Thomas O. Rice**<br><br>NO. 2:24-cv-00035-TOR<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the appearance of defendant SENIOR LIFE INSURANCE COMPANY is hereby entered in the above-entitled action through the undersigned attorneys, without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process pursuant to Federal Rules of Civil Procedure 5 or 8 or 1. All further pleadings

NOTICE OF APPEARANCE - 1
Case No. 2:24-cv-00035-TOR



and papers, except original process, shall hereafter be served upon said attorneys.

DATED this 6th day of March, 2024.

By */s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington  98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com
*Attorneys for Defendant*

NOTICE OF APPEARANCE - 2
Case No. 2:24-cv-00035-TOR



# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 6th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Ryan L. McBride, WSBA #50751
>Kazerouni Law Group, APC
>2221 Camino Del Rio S., #101
>San Diego, CA  92108
>T: 800.400.6808 | F: 800.520.5523
>ryan@kazlg.com
>*Attorney for Plaintiffs*

*A. Henderson*
Angie Henderson, Legal Assistant
henderson@ryanlaw.com

NOTICE OF APPEARANCE - 3
Case No. 2:24-cv-00035-TOR

