| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| **Tiffany Harris, Dianne Sullivan, and Virginia Cole** individually and on behalf of others similarly situated, | ) ) ) ) ) | Case No.: 2:24-cv-00035-TOR |
| Plaintiffs, | ) ) ) | NOTICE OF SETTLEMENT |
| v. | ) ) | |
| **Senior Life Insurance Company,** | ) ) | |
| Defendant. | ) ) ) ) ) ) | |

///
///
///
///
///
///
///

---

NOTICE OF SETTLEMENT       1

Please take notice: plaintiff Tiffany Harris, plaintiff Dianne Sullivan, and plaintiff Virginia Cole (jointly as the "Plaintiffs") and Defendant Senior Life Insurance Company ("SLIC") have reached a settlement in the above-mentioned matter. Plaintiffs and SLIC anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiffs' claims against SLIC with prejudice and the putative class's claims against SLIC without prejudice, within 60 days. Plaintiffs request that all pending dates and filing requirements be vacated.

Dated: May 8, 2024                                    Respectfully submitted,

By: /s/ Ryan L. McBride

Ryan L. McBride, Esq.
WA State Bar No. 50751
**Kazerouni Law Group, APC**
2221 Camino Del Rio S., #101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com