FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY HARRIS, DIANNE SULLIVAN, and VIRGINIA COLE, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SENIOR LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | NO: 2:24-CV-0035-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Joint Motion and Stipulation to Dismiss Defendant. ECF No. 12. The parties agree that Plaintiffs' claims against Defendant should be dismissed with prejudice, the putative class's claims dismissed without prejudice and that each party shall bear their own attorney's fees and costs. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Joint Motion and Stipulation to Dismiss Defendant, ECF No. 12, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and the putative class's claims are dismissed without prejudice. Each party shall bear their own attorney's fees and costs.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED May 30, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2